UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00236 |
| v. | ORDER TO SEAL COMPLAINT AND AFFIDAVIT |
| MAURICE LONNIE MONSON, | |
| Defendant. | |

Based on the Motion of the government, the Court finds that an ongoing criminal investigation may be jeopardized by the public disclosure at this time of the complaint and affidavit.

IT IS HEREBY ORDERED that the complaint and supporting affidavit are SEALED until further order of this Court, except that the government may furnish copies of each document to the affiant and the affiant's investigative agency for their investigative needs.

/ /

/ /

/ /

/ /

IT IS FURTHER ORDERED that the government is authorized to provide copies of the complaint and supporting affidavit to attorneys for any defendants in this case as part of its discovery obligations.

Dated September 10, 2020.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney


*/s/ Christopher Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney